04-15-00800-CV

**Electronically Filed**
**12/16/2015 5:16:32 PM**
**Tammy Kneuper, District Clerk**
**Bandera County, Texas**
**/s/ Alma G. Baker**

**NO. TX-10-103**

| | | |
|---|---|---|
| BANDERA COUNTY | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| SUSAN HOLLINGSWORTH, | § | |
| ET AL | § | |
| | § | |
| VS. | § | BANDERA COUNTY, TEXAS |
| | § | |
| BANDERA COUNTY, MAE VION | § | |
| MYER AND GWENDA TCHIRHART, | § | |
| IN THEIR OFFICIAL CAPACITY AS | § | |
| TAX ASSESSOR COLLECTOR OF | § | |
| BANDERA COUNTY | § | 216th JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/17/2015 10:26:45 AM
KEITH E. HOTTLE
Clerk

## DEFENDANTS' NOTICE OF APPEAL

TO THE HONORABLE COURT:

Come now Defendants Susan and Greg Hollingsworth, and give notice of their intent to appeal the trial court's judgment rendered on September 17, 2015. This appeal is taken to the Fourteenth Court of Appeals, San Antonio, Texas.

Respectfully submitted this the 16th day of December, 2015.

HARGROVE & EVANS, LLP
4425 MOPAC SOUTH
BUILDING 3, SUITE 400
AUSTIN, TEXAS 78735
(512) 225-7864 (Telephone)
(512) 225-7865 (Facsimile)

By: */s/ Judith A. Hargrove*
Judith A. Hargrove
State Bar No. 11595050

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following counsel of record on this 16th day of December, 2015.

Henry G. Steen, Jr.
Law Office of Henry G. Steen, Jr.
3001 N. Lamar Blvd., Ste. 306
Austin, Texas 78705
***Via Facsimile (512) 476-0325***

Jennifer A. Powell
4201 W. Parmer Lane, Ste. A-100
Austin, Texas 78727
***Via Facsimile (512) 472-2599***

/s/ *Judith A. Hargrove*
Judith A. Hargrove